# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**GARY BUTLER,**                                                                                             **PLAINTIFF**

**v.**                        **4:14CV00739 BSM**

**FAULKNER COUNTY JAIL, et al.**                                   **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Thomas J. Ray have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff is allowed to proceed with his inadequate medical care claims against defendant Doe.

2. Defendants Faulkner County Jail and Stone are dismissed without prejudice for failure to state a claim upon which relief can be granted.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 19th day of February 2015.

_____
UNITED STATES DISTRICT JUDGE