# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

GARY BUTLER                                                                    PLAINTIFF

V.                                    4:14CV00739 BSM/JTR

JOHN DOE, Unknown Doctor,
Faulkner County Jail                                                           DEFENDANT

## ORDER

On February 19, 2015, the Court entered an Order allowing Plaintiff to proceed with his inadequate medical care claim against Defendant John Doe, who is an unknown doctor who treated him at the Faulkner County Jail,, and dismissing all other claims and Defendants. *Doc. 8*. The Court cannot order service on Defendant Doe until Plaintiff provides his full name and service address. *See Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993) (explaining that it is the prisoner's responsibility to provide a valid service address for each defendant).

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff must, **within 60 days of the entry of this Order**, file a Motion for Service containing the full name of and service address for Defendant Doe.

2.      Plaintiff is advised that if he fails to timely and properly do so, this case will be dismissed, without prejudice pursuant to Fed. R. Civ. P. 4(m).

Dated this 26th day of February, 2015.

                                                                                                UNITED STATES MAGISTRATE JUDGE